Aaron Lipton
Law Offices of Aaron Lipton
7960 B Soquel Drive, no. 156
Aptos, CA 95003
Tel: 831-687-8711
aaron@lipton-legal.com
Counsel for Debtor

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>DONALD CHARLES SCHWARTZ,<br><br>Debtor. | Case No. 23-50372-MEH<br><br>Chapter 13<br><br>**STIPULATION ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

This stipulation is entered into by and between the Debtor DONALD SCHWARTZ ("Debtor") and Creditors NOAH SCHWARTZ, MARGO SCHWARTZ, and SCHWARTZ FOUNDATION, a California corporation ("Movants"), by and through their respective counsels.

Nothing in this agreement is intended or shall be construed as an admission, acknowledgment, or stipulation to any matter of factual dispute in any other proceeding.

The parties stipulate as follows:

1. Movant's Motion for Relief From The Automatic Stay filed on June 29, 2023, appearing at docket no. 31, shall be GRANTED, and Movant may seek an order providing for the prayed for relief, to wit, an order declaring that Movants may proceed to prosecute the pending State Court Action for the limited purpose of obtaining the requested declaratory and injunctive relief, and to liquidate any sanctions claims or claims for costs against the Debtor arising from the litigation, with the enforcement of and such monetary claims to remain stayed as to the Debtor pending further order of this court; and waiving the effect of FRBP 4001(a)(3);

2. Movants shall withdraw their filed proofs of claim, to wit, claims numbers 5, 6 and 7 filed on June 15, 2023, shall be withdrawn;

3.     Movants shall withdraw the filed Objection to Confirmation of Chapter 13 Plan, appearing at docket no. 22, filed on May 22, 2023.

This Stipulation may be executed in any number of counterparts, each of which so executed shall be deemed to be an original and the counterparts shall together constitute one and the same Stipulation. Photocopies and facsimile copies of original pages may be deemed as originals.

DATED:  July 20, 2023                    LAW OFFICES OF AARON LIPTON


By:  /s/ Aaron Lipton
     Aaron Lipton
     Attorneys for Debtor


DATED:  July 20, 2023                    FENNEMORE WENDEL


By:  _____
     Mark S. Bostick
     Attorneys for Creditors Margot Schwartz,
     Noah Schwartz and the Schwartz Foundation